
Slip Op. 13–79

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TYCO FIRE PRODUCTS L.P.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | Before: Jane A. Restani, Judge<br><br>Court No. 08-00194 |

## ORDER

[Plaintiff's and Defendant's cross-motions for summary judgment are denied in Customs classification matter.]

Dated: June 21, 2013

　　　　Michael E. Roll, Pisani & Roll, of Los Angeles, CA, argued for the Plaintiff.

　　　　Amy M. Rubin, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of New York, NY, argued for the Defendant.  With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, and Barbara S. Williams, Attorney in Charge.  Of counsel on the brief was Chi S. Choy, Office of Assistant Chief Counsel, International Trade Litigation, U.S. Customs and Border Protection

　　　　This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; Now therefore, in conformity with the decision issued in Court No. 08-00190, Slip Op. 13–78, it is hereby

Court No. 08-00194                                                                                                Page 2

      ORDERED that Plaintiff Tyco Fire Products L.P.'s and Defendant United States' cross-motions for summary judgment are DENIED.

                                                  /s/ Jane A. Restani
                                                  Jane A. Restani
                                                         Judge

Dated: June 21, 2013
       New York, New York