Slip Op. 15-75

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TYCO FIRE PRODUCTS L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Jane A. Restani, Judge <br><br> Court No. 08-00194 |

### JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with the decision issued in Court No. 08-00190, Slip Op. 15-74, it is hereby

ORDERED, ADJUDGED, and DECREED that Defendant United States' Cross-Motion for Summary Judgment is GRANTED and Plaintiff Tyco Fire Products L.P.'s Motion for Summary Judgment is DENIED. Customs' classification of the subject merchandise under subheading 7020.00.60, HTSUS, is sustained.

/s/ Jane A. Restani
Jane A. Restani
Judge

Dated: July 10, 2015
New York, New York